CONNECTICUT STATE EMPLOYEES ASSOCIATION ET AL.
v. BOARD OF TRUSTEES OF THE UNIVERSITY
OF CONNECTICUT ET AL.

The plaintiffs' motion to dismiss the appeal dated February 22, 1973, from the Superior Court in Hartford County is denied.

*Jack Rubin* and *Barry Scheinberg,* for the appellees (plaintiffs).

*John G. Hill, Jr.,* assistant attorney general, for the appellants (defendants).

Argued April 3—decided April 3, 1973

THE LAUREL BEACH ASSOCIATION ET AL. v. ZONING BOARD OF APPEALS OF THE CITY OF MILFORD ET AL.

The plaintiffs' motion to dismiss the appeal from the Court of Common Pleas in New Haven County is denied.

*Barry R. Schaller,* for the appellees (plaintiffs).

*Stephen E. Ronai,* for the appellants (defendants Andrew and Mary Plaskon).

Argued April 3—decided April 3, 1973

STATE EX REL. JOHN B. KENNEDY v. MAX FRAUWIRTH

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*John F. Kenney,* for the appellee (plaintiff).

*James F. Stapleton,* for the appellant (defendant).

Argued April 3—decided April 3, 1973